UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-14035-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA
    Plaintiff,
v.

TENTLOGIX, INC.,
A Florida Corporation,
GARY HENDRY.
DENNIS BIRDSALL, and
KENT HUGHES.
    Defendant.
_____/

## ORDER ON AGREED MOTION TO RETURN PASSPORT

THIS CAUSE having come before the Court on the parties Agreed Motion to Return Passport it is hereby:

ORDERED AND ADJUDGED that the Pretrial Services Office shall return the passport of KENT HUGHES to him.

DONE AND ORDERED in West Palm Beach, Palm Beach County, Florida, this 6th day of November 2019.

_____
Robin L. Rosenberg
United States District Judge

Copies to:
Robert J. Watson, Attorney
Michael Porter, ASA
Pretrial Services Office